SHEILA M. SALOMON (SBN 164619)
ANDREW L. CHANG (SBN 222309)
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:   (415) 544-1900
Facsimile:   (415) 391-0281
ssalomon@shb.com
achang@shb.com

Attorneys for Plaintiffs
WARNER BROS. RECORDS INC.; VIRGIN RECORDS AMERICA, INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; INTERSCOPE RECORDS; ELEKTRA ENTERTAINMENT GROUP INC.; CAPITOL RECORDS, INC.; BMG MUSIC; ATLANTIC RECORDING CORP.; and ARISTA RECORDS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; INTERSCOPE RECORDS, a California general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>DOES 1-5,<br><br>Defendants. | CASE NO. C 05-3070 SBA<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF FROM OTHERWISE APPLICABLE PAGE LIMITS |

[PROPOSED] ORDER
Case No. C 05-3070 SBA

90769v1

On July 29, 2005, Plaintiffs filed a Motion for Administrative Relief from Otherwise Applicable Page Limits, and related papers ("Plaintiffs' Request"). Plaintiffs' Request was not opposed by any Defendant. Plaintiffs seek the requested relief because they are unable to set forth the explanations and arguments necessary to support their Motion for Administrative Relief for Leave to Take Immediate Discovery within the five (5) page limit provided by Local Rule 7-10(b).

Having considered Plaintiffs' Request, and the Declaration of Sheila M. Salomon, and GOOD CAUSE appearing therefore,

IT IS ORDERED that Plaintiffs' Request is GRANTED, and that Plaintiffs' Motion for Administrative Relief for an Order Granting Leave to Take Immediate Discovery shall not exceed ten pages.

Dated: September 2, 2005



United [States Magistrate Judge]

IT IS SO ORDERED
Judge James Larson

90769v1